# Scott Lieske
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone: (414) 271-3943  
Fax: (414) 271-9344  
www.chapter13Milwaukee.com

P. O. Box 510920  
Milwaukee, WI 53203  
info@chapter13milwaukee.com

March 15, 2019

Clerk of the US Bankruptcy Court  
126 U S Courthouse  
517 E. Wisconsin Avenue  
Milwaukee, WI 53202

RE: JEANMARIE JONES  
　　Case No. 14-35059-BEH

Dear Clerk of the US Bankruptcy Court:

Enclosed please find check # 1558428 in the amount of $441.01. This check replaces the following check, for the same dollar amount, in the above case:

Original Check No.:　　1550794

Original Payee:　　Jeanmarie Jones  
　　　　　　　　　　3342 South 15Th Street  
　　　　　　　　　　Milwaukee, WI  53215

Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service or were uncashed by the original payee.

Thank you,

*Scott Lieske*

Scott Lieske  
Chapter 13 Standing Trustee

SL

cc: file